Sallie M. GILBERT, Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 04–11093.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 15, 2005.

Michael Thomas Kelly, Law Office of Michael T. Kelly, Arlington, TX, for Plaintiff–Appellant.

Kerry Jean Simpson, Social Security Administration Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

We affirm the decision of the district court for the following reasons:

1. Substantial evidence in the record supports the Commissioner's determination that Gilbert's work as a seamstress was substantial gainful activity. 20 C.F.R. §§ 404.1572, 416.972 (2004); *Leggett v. Chater,* 67 F.3d 558, 564 (5th Cir.1995).

2. Substantial evidence in the record supports the Commissioner's assess-

---

ment of Gilbert's residual functional capacity. 20 C.F.R. §§ 404.1545(a)(1); 20 C.F.R. §§ 404.1545(a)(1) (2004); *Leggett,* 67 F.3d at 564.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under